RACHEL COHEN, Appellant, v. ADOLPH L. GOTTHELF and Others, Defendants, Impleaded with Estate of GEORGE FENNELL, INC., and Another, Respondents.—

Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.